UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESTER MARTINEZ, LERIA PEREZ ZAPATA, and
MATEO GUZMAN,

                          Case No.: 1:23-cv-4667 (CBA) (PK)

                     Plaintiffs,         **NOTICE OF APPEARANCE**

     -against-

ATLANTIS SUPER WASH CENTER INC., CLEAN
CITY LAUNDRY INC., MICHAEL DINARDI, and
NICK MIRA,

                     Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for Defendants Atlantis Super Wash Center Inc., Clean City Laundry Inc., and Nick Mira in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       September 19, 2023                Respectfully submitted,

                                                 **MILMAN LABUDA LAW GROUP PLLC**

                                                 */s Emanuel Kataev, Esq.*
                                                 Emanuel Kataev, Esq.
                                                 3000 Marcus Avenue, Suite 3W8
                                                 Lake Success, NY 11042-1073
                                                 (516) 328-8899 (office)
                                                 (516) 303-1395 (direct dial)
                                                 (516) 328-0082 (facsimile)
                                                 emanuel@mllaborlaw.com

                                                 *Attorneys for Defendants*
                                                 *Atlantis Super Wash Center Inc.,*
                                                 *Clean City Laundry Inc., and*
                                                 *Nick Mira*

**VIA ECF**
The NHG Law Group, P.C.
Attn: Justin M. Reilly, Esq.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata, and*
*Mateo Guzman*