# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 19, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

> *Re:*   **Martinez, *et al.* v. Atlantis Super Wash Center Inc., *et al.*
> Case No.: 1:23-cv-4667 (CBA) (PK)**_____

Dear Judge Kuo:

This office represents the Defendants Atlantis Super Wash Center Inc., Clean City Laundry Inc., and Nick Mira (hereinafter "Defendants") in the above-referenced case.  Defendants write, with Plaintiff's consent, to respectfully request an extension of time until Friday, October 6, 2023 to respond to the complaint in this case.

Consistent with Section IV of this Court's Individual Practice Rules, Defendants submit that:

(i) the current deadline to respond to the complaint is unknown as no affidavit of service has been filed;

(ii) an extension of time is necessary because Defendants' counsel was engaged in other matters for which extensions could not be sought;

(iii) there have no previous requests for an extension of time to respond to the Plaintiffs' complaint; and

(iv) Plaintiffs consent to the instant requested extension.

Accordingly, Defendants respectfully submit that there is good cause for the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Defendants thank this Court for its time and  attention in this case.

Dated: Lake Success, New York
      September 19, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

\_\_/s/ Emanuel Kataev, Esq._____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*
*Atlantis Super Wash Center Inc.,*
*Clean City Laundry Inc., and*
*Nick Mira*

**VIA ECF**
The NHG Law Group, P.C.
<u>Attn</u>: Justin M. Reilly, Esq.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata, and*
*Mateo Guzman*