**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

ESTER MARTINEZ, LERIA PEREZ ZAPATA, and MATEO GUZMAN,

                    Plaintiffs,

      -against-

ATLANTIS SUPER WASH CENTER INC.,
CLEAN CITY LAUNDRY INC., MICHAEL
DINARDI, and NICK MIRA,

                    Defendants.

----------------------------------------------------------X

**23-cv-04667 (CBA)(PK)**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       Kindly enter my appearance as counsel for Plaintiffs. I certify that I am admitted to practice law in the Eastern District of New York.

Date:  Massapequa, New York
        October 10, 2023

                    THE NHG LAW GROUP, P.C.

                    _____

                    By: Keith E. Williams, Esq.
                    *Attorneys for the Plaintiffs*
                    4242 Merrick Road
                    Massapequa, New York 11758
                    Tel: 516.228.5100
                    keith@nhglaw.com