

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS                                                                           PARALEGALS

JUSTIN M. REILLY, ESQ.                                                               ROSA COSCIA
KEITH E. WILLIAMS, ESQ.                                                           CATALINA ROMAN

**Via: ECF**                                                                  **October 18, 2023**

Alternative Dispute Resolution Program
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Tel: 718.613.2578

**Re:      Martinez et al v. Atlantis Super Wash Center Inc. et al; 1:23-cv-04667-CBA-PK**

Dear ADR Office,

        My office represents Plaintiff(s) in the above-referenced action. Please allow this correspondence to confirm the Parties' selection of a mediator and the scheduling of the first mediation session.

        The Parties have selected Robert Kheel as the mediator. We are scheduled to attend mediation remotely on 12/07/23 at 10:00 a.m.

        Thank you for your time and attention to this matter.

                                                        Respectfully submitted,

                                                        Keith E. Williams, Esq.

cc: all counsel of record via ECF.