**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ESTER MARTINEZ, LERIA PEREZ ZAPATA, and MATEO GUZMAN,

        Plaintiffs,

-against-

ATLANTIS SUPER WASH CENTER INC., CLEAN CITY LAUNDRY INC., MICHAEL DINARDI, and NICK MIRA,

        Defendants.
-----------------------------------------------------------X

23-cv-04667 (CBA)(PK)

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 12th day of February 2024, I caused a true and accurate copy of **Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss**, to be served upon Defendants through counsel, as follows:

Milman Labuda Law Group PLLC
c/o Emanuel Kataev, Esq. and
David Aminov, Esq.
*Attorneys of Record for the Defendants*
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
emanuel@mllaborlaw.com
daminov@mllaborlaw.com

cc via email: Robert Milman, Esq., rob@mmmlaborlaw.com

by mailing the foregoing documents listed herein via First Class Mail by depositing true copies thereof in a prepaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and by electronically mailing courtesy copies of said documents to the email addresses indicated above.

Dated:  Massapequa, New York
         February 12, 2024

The NHG Law Group, P.C.

_____
By: Keith E. Williams, Esq.
*Attorneys for the Plaintiff*
4242 Merrick Road

1

Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com