UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ESTER MARTINEZ, LERIA PEREZ ZAPATA, and
MATEO GUZMAN,

**Case No.:** 1: 23-cv-4667 (CBA) (PK)

                            Plaintiffs,

**STIPULATION OF
SUBSTITUTION OF COUNSEL**

      -against-

ATLANTIS SUPER WASH CENTER INC., CLEAN
CITY LAUNDRY INC., MICHAEL DINARDI, and
NICK MIRA,

                           Defendants.
-------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices

at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and

instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8,

Lake Success, NY 11042-1073, as attorneys for Defendants Atlantis Super Wash Center Inc.,

Clean City Laundry Inc., and Nick Mira in the above-captioned case and that this substitution be

entered into effect without further notice.

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in

counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
      February 10, 2024

Dated: Lake Success, New York
      February __ , 2024

**SAGE LEGAL LLC**

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
mail@emanuelkataev.com

By:
Jamie Scott Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Brooklyn, New York
     February ___, 2024

**So Ordered:**

_____
                      , U.S.___.J.

By: _____
Atlantis Super Wash Center Inc.

By: _____
Clean City Laundry Inc.

By: _____
Nick Mira

**VIA ECF**
The NHG Law Group, P.C.
Attn: Justin M. Reilly, Esq.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata, and*
*Mateo Guzman*

2