# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

February 26, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Carol B. Amon, U.S.D.J.
225 Cadman Plaza East
Courtroom 10D South
Brooklyn, NY 11201-1804

      *Re:*    **Martinez,** *et al.* **v. Atlantis Super Wash Center Inc.,** *et al.*
             <u>**Case No.: 1:23-cv-4667 (CBA) (PK)**</u>

Dear Judge Amon:

      Defendants Atlantis Super Wash Center Inc., Clean City Laundry Inc., and Nick Mira (collectively hereinafter the "Defendants") respectfully supplement their letter motion for an extension of time to clarify that they seek two (2) weeks to submit their reply memorandum of law in further support of their motion to dismiss. Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
       February 26, 2024

                                              Respectfully submitted,
                                              **SAGE LEGAL LLC**
                                              */s/ Emanuel Kataev, Esq.*
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

                                              *Attorneys for Defendants*
                                              *Atlantis Super Wash Center Inc.,*
                                              *Clean City Laundry Inc.,*
                                              *and Nick Mira*

**VIA ECF**
The NHG Law Group, P.C.
<u>Attn</u>: Justin M. Reilly and Keith E. Williams, Esqs.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com
keith@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata,*
*and Mateo Guzman*