**From:** Matthew Brown
**Sent:** January 31, 2024 5:16 PM
**To:** Keith Williams
**CC:** Joseph Labuda; Jamie Felsen
**Subject:** RE: Activity in Case 2:23-cv-07526-NJC-LGD Rodriguez v. GPI Global Inc et al Scheduling Order

Got it.

March 1 at 10 a.m. works.

I'll get back to you re Martinez case. Emanuel is no longer with the firm as of last week, so I will likely take over. Let me know if you want to chat on that case.

