**From:** Matthew Brown
**Sent:** February 6, 2024 3:41 PM
**To:** Keith Williams
**CC:** Robert Milman; Jamie Felsen
**Subject:** RE: Martinez v Atlantis Super Wash

Keith-

Just heard back that Emanuel will be handling w/ his new firm.

Thanks,

Matthew A. Brown, Esq. - Partner
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
(516) 303-1366 -direct
(516) 328-8899 -office
(516) 328-0082 -fax

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify me immediately.  Thank you.

