**From:** Emanuel Kataev
**Sent:** February 23, 2024 12:55 AM
**To:** Justin Reilly; Keith Williams
**CC:** emanuel@sagelegal.nyc
**Subject:** Re: Activity in Case 1:23-cv-04667-CBA-PK Martinez et al v. Atlantis Super Wash Center Inc. et al
Certificate of Service


Counselors:

I intend to file substitution paperwork sometime between "today" and Monday.  May I trouble one of
you to send me your opposition papers to see whether I may timely file the reply memorandum of
law by Monday, February 26, 2024?

Thanks and best,

**Emanuel Kataev, Esq.**
**Sage Legal LLC**

**Emanuel Kataev, Esq., P.C.**

18211 Jamaica Avenue

Jamaica
, NY 11
423-2327

(
718
)
412
-
2421

(office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

mail@emanuelkataev.com

This message and its attachments may contain confidential information that is legally privileged.  If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.


On Mon, Feb 19, 2024 at 3:06 PM <ecf_bounces@nyed.uscourts.gov> wrote:
**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of
all documents filed electronically, if receipt is required by law or directed by the filer. PACER access
fees apply to all other users. To avoid later charges, download a copy of each document during this first

viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered by Williams, Keith on 2/19/2024 at 3:05 PM EST and filed on 2/19/2024

| | |
|---|---|
| **Case Name:** | Martinez et al v. Atlantis Super Wash Center Inc. et al |
| **Case Number:** | 1:23-cv-04667-CBA-PK |
| **Filer:** | Mateo Guzman |
| | Ester Martinez |
| | Leria Perez Zapata |
| **Document Number:** | 18 |

**Docket Text:**
**CERTIFICATE OF SERVICE by Mateo Guzman, Ester Martinez, Leria Perez Zapata *re: Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss* (Williams, Keith)**

**1:23-cv-04667-CBA-PK Notice has been electronically mailed to:**

Emanuel Kataev &nbsp &nbsp emanuel@mllaborlaw.com, 4119461420@filings.docketbird.com, ekesq2014@recap.email, emanuel@sagelegal.nyc, mail@emanuelkataev.com

Justin M. Reilly &nbsp &nbsp justin@nhglaw.com, nhglaw@nhglaw.com

Keith E. Williams &nbsp &nbsp keith@nhglaw.com, nhglaw@nhglaw.com

**1:23-cv-04667-CBA-PK Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP NYEDStamp_ID=875559751 [Date=2/19/2024] [FileNumber=18689806-0]
[9cd43cc73d01a524332eb1248d9bb5f8c63072cc304a3da101c49c8746df9a515c53
cab036bbb6471126a1d4791ac132d783896b64b8eb5f73e8ec5a3c187c4d]]