**From:** Keith Williams
**Sent:** February 26, 2024 9:24 AM
**To:** Emanuel Kataev
**CC:** emanuel@sagelegal.nyc; Justin Reilly
**Subject:** RE: Activity in Case 1:23-cv-04667-CBA-PK Martinez et al v. Atlantis Super Wash Center Inc. et al Certificate of Service

Emanuel,

We are struggling to understand why you have waited until the eve of the motion being filed to ask for an extension to draft a reply brief, when you have known for at least the last three weeks that you would be moving to a new firm and taking this case with you. Had you reached out then with your new contact information, we could have sent you a copy of the opposition on its due date, obviating the need for an extension related to your reply. Notwithstanding the delay, we will agree to a one week extension, as a courtesy, up to and including March 4, 2024.

---
**Keith E. Williams, Esq.**
**The NHG Law Group, P.C.**
4242 Merrick Road
Massapequa, NY 11758
keith@nhglaw.com
nhglaw@nhglaw.com
Tel: 516.228.5100
Fax: 516.228.5106





**PLEASE NOTE OUR NEW FIRM NAME**

*NOTE: The content of this message, including any attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.*

*The NHG Law Group, P.C. does not accept service by electronic mail. Nothing contained herein shall be deemed to be consent to accept service by electronic mail unless such consent is explicitly given.*

**From:** Emanuel Kataev <mail@emanuelkataev.com>
**Sent:** February 25, 2024 10:49 AM
**To:** Justin Reilly <justin@nhglaw.com>; Keith Williams <Keith@nhglaw.com>
**Cc:** emanuel@sagelegal.nyc

**Subject:** Re: Activity in Case 1:23-cv-04667-CBA-PK Martinez et al v. Atlantis Super Wash Center Inc. et al Certificate of Service

Following up on the below.  Since I have not yet received the papers, I ask for Plaintiffs' consent for a two week extension of time to file a reply.

Thanks and best,

**Emanuel Kataev, Esq.**
**Sage Legal LLC**

**Emanuel Kataev, Esq., P.C.**

18211 Jamaica Avenue

Jamaica
, NY 11
423-2327

(
718
)
412
-
2421

(office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

mail@emanuelkataev.com

This message and its attachments may contain confidential information that is legally privileged.  If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

On Fri, Feb 23, 2024 at 12:55 AM Emanuel Kataev <mail@emanuelkataev.com> wrote:

> Counselors:
>
> I intend to file substitution paperwork sometime between "today" and Monday.  May I trouble one of you to send me your opposition papers to see whether I may timely file the reply memorandum of law by Monday, February 26, 2024?
>
> Thanks and best,
>
> **Emanuel Kataev, Esq.**
> **Sage Legal LLC**
>
> **Emanuel Kataev, Esq., P.C.**
>
> 18211 Jamaica Avenue
>
> Jamaica

, NY 11
423-2327

(
718
)
412
-
2421

(office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

mail@emanuelkataev.com

This message and its attachments may contain confidential information that is legally privileged.  If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

On Mon, Feb 19, 2024 at 3:06 PM <ecf_bounces@nyed.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered by Williams, Keith on 2/19/2024 at 3:05 PM EST and filed on 2/19/2024

| | |
|---|---|
| **Case Name:** | Martinez et al v. Atlantis Super Wash Center Inc. et al |
| **Case Number:** | 1:23-cv-04667-CBA-PK |
| **Filer:** | Mateo Guzman |
| | Ester Martinez |
| | Leria Perez Zapata |
| **Document Number:** | 18 |

**Docket Text:**
**CERTIFICATE OF SERVICE by Mateo Guzman, Ester Martinez, Leria Perez Zapata** *re:* **Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Williams, Keith)**

**1:23-cv-04667-CBA-PK Notice has been electronically mailed to:**

Emanuel Kataev &nbsp &nbsp emanuel@mllaborlaw.com, 4119461420@filings.docketbird.com, ekesq2014@recap.email, emanuel@sagelegal.nyc, mail@emanuelkataev.com

Justin M. Reilly &nbsp &nbsp justin@nhglaw.com, nhglaw@nhglaw.com

Keith E. Williams &nbsp &nbsp keith@nhglaw.com, nhglaw@nhglaw.com

**1:23-cv-04667-CBA-PK Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/19/2024] [FileNumber=18689806-0]
[9cd43cc73d01a524332eb1248d9bb5f8c63072cc304a3da101c49c8746df9a515c53
cab036bbb6471126a1d4791ac132d783896b64b8eb5f73e8ec5a3c187c4d]]