UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ESTER MARTINEZ, LERIA PEREZ ZAPATA, and
MATEO GUZMAN,                                        Case No.: 1:23-cv-4667 (CBA) (PK)

                              Plaintiffs,              **NOTICE OF MOTION**

      -against-

ATLANTIS SUPER WASH CENTER INC., CLEAN
CITY LAUNDRY INC., MICHAEL DINARDI, and
NICK MIRA,

                              Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, upon the accompanying declaration of Emanuel Kataev, Esq. dated January 12, 2024, the memorandum of law in support, and all the prior papers and proceedings herein, Defendants Atlantis Super Wash Center Inc., Clean City Laundry Inc., and Nick Mira will move this Court, before the Hon. Carol B. Amon, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 10D South, Brooklyn, NY 11201-1804, for an Order granting Defendants' motion dismissing all of Plaintiff's claims for failure to state a claim upon which relief can be granted, or – in the alternative – dismissing all of Plaintiff's claims under federal law and declining to exercise supplemental jurisdiction over Plaintiff's pendent state law claims, and for such other and further relief as the Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE**, that based on this Court's minute entry dated December 14, 2023, Plaintiffs' opposition papers are due on February 12, 2024 and Defendants' reply papers in further support are due on February 26, 2024.

Dated: Lake Success, New York
       January 12, 2024                     **MILMAN LABUDA LAW GROUP PLLC**

By: */s/  Emanuel Kataev, Esq.*_____
Emanuel Kataev, Esq.
David Aminov, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com
daminov@mllaborlaw.com

*Attorneys for Defendants*
*Atlantis Super Wash Center Inc.,*
*Clean City Laundry Inc., and*
*Nick Mira*

**VIA ECF**
The NHG Law Group, P.C.
Attn: Justin M. Reilly & Keith E. Williams, Esqs.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com
keith@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata, and*
*Mateo Guzman*