Case Name: Ester Martinez, et al. v. Atlantis Super Wash Center Inc.   Case Number: 23 CV - 04667 (CBA) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | 9/10/2024 |
| 3. Requested: | | | |
|     a. Medical records authorization | | X | |
|     b. Section 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | X | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | X | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | X | | |
| 2. Defendant to make settlement offer | X | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 10/4/2024 |
| 2. Initial documents requests and interrogatories | | | 10/4/2024 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 3/28/2025 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 4/4/2025 |

Rev. 11-03-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. | Expert discovery (only if needed) | | *Check here if not applicable* ✓ | |
| | Plaintiff expert proposed field(s) of expertise: | | | |
| | Defendant expert proposed field(s) of expertise: | | | |
| | a. Affirmative expert reports due | | | |
| | b. Rebuttal expert reports due | | | |
| | c. Depositions of experts to be completed | | | |
| 6. | Completion of ALL DISCOVERY (if different from C.3) | | | |
| 7. | Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 4/4/2025 |
| 8. | If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 4/30/2025 |
| 9. | Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 5/2/2025 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☑ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☑ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | X | |
| | a. Response due | | | |
| | b. Reply due | | | |
| 2. | Motion for Rule 23 class certification | | X | |
| | a. Response due | | | |
| | b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____
**PEGGY KUO**                                            **Date**
United States Magistrate Judge

Rev. 11-03-20