**NHG LAW GROUP, P.C.**
COUNSELORS AT LAW

---

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**                                                                                          July 23, 2025

Honorable Judge Peggy Kuo,
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Martinez, et al. v. Atlantis Super Wash Center, Inc., et al.*; **23-cv-04667-CBA-PK**

Dear Hon. Judge Kuo,

I represent Plaintiffs in this FLSA action. I write jointly with defense counsel to request an adjournment of all deadlines, *sine die*, as the parties have reached an agreement in principle to settle this case. We are in the process of preparing the final settlement documents and expect to have the agreement and a motion for approval filed for Your Honor's review within the next thirty (30) days.

We thank the Court for its time and attention to this matter.

                                                                                  Respectfully submitted,

                                                                                  Keith E. Williams, Esq.

cc: all counsel of record, via ECF.