# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

August 22, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Judge Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  ***Martinez, et al. v. Atlantis Super Wash Center, Inc., et al.***
      <u>**Case No.: 1:23-cv-04667 (CBA)(PK)**</u>

Dear Hon. Judge Kuo:

  This firm represents the Defendants in this case. Defendants write jointly with the Plaintiff to respectfully request an extension of time to file the motion for settlement approval due Monday, August 25, 2025, because Defendants have been unable to review the agreement with their clients. Further, your undersigned is currently traveling out of the country until September 2, 2025, and may be unable to meet with Defendants to review the settlement agreement until he returns.

  The parties therefore request that, since Defendants have not yet been able to review this crucial settlement agreement, the deadline to file a motion for settlement approval be extended for three (3) weeks, until Friday, September 12, 2025.

  The parties thank this Court for its time and attention to this case.

Dated:  Jamaica, New York
     August 22, 2025            Respectfully submitted,

                        **SAGE LEGAL LLC**

                        _/s/ Emanuel Kataev, Esq._
                        Emanuel Kataev, Esq.
                        18211 Jamaica Avenue
                        Jamaica, NY 11423-2327
                        (718) 412-2421 (office)
                        (917) 807-7819 (cellular)
                        (718) 489-4155 (facsimile)
                        emanuel@sagelegal.nyc

                        *Attorneys for Defendants*

**<u>VIA ECF</u>**
All counsel of record