**NHG LAW GROUP, P.C.**
COUNSELORS AT LAW

---

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**                                                                                          September 12, 2025

Honorable Judge Peggy Kuo,
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Martinez, et al. v. Atlantis Super Wash Center, Inc., et al.*; 23-cv-04667-CBA-PK

Dear Hon. Judge Kuo,

I represent Plaintiffs in this FLSA action. I write jointly with defense counsel to provide this status letter and request for an Order setting a deadline to complete discovery.

On July 23, 2025, I informed the Court that the Parties had reached a settlement in principle and requested all deadlines be adjourned *sine die*. A draft agreement had already been prepared and forwarded to defense counsel on July 22, 2025 for review. Unfortunately, since then, Defendants have shown an unwillingness to effectuate the settlement. I have not received any comments or edits to the draft agreement. Each time I have requested an update, counsel informs me that he needs more time to discuss the agreement with his client, or alternatively, that his client is unresponsive. It has now been two months and it has become clear that resolution is unlikely.

Accordingly, Plaintiffs respectfully request the Court to schedule a deadline to complete depositions and the remainder of discovery, up to and including November 21, 2025.

Defendants' counsel objects to this request and seeks a final extension through September 30, 2025 to submit Plaintiff's letter motion for settlement approval. Defendants' counsel has been traveling from August 1, 2025 through August 5, 2025 and from August 21, 2025 through September 2, 2025 and thus submits that both good cause and excusable neglect exists for this Court to exercise its discretion in favor of granting a final extension of time. See Fed. R. Civ. P. 6(b)(1)(b).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Keith E. Williams, Esq.

cc: all counsel of record, via ECF.