**NHG LAW GROUP, P.C.**
COUNSELORS AT LAW

---

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**　　　　　　　　　　　　　　　　　　　　　　　　September 23, 2025

Honorable Judge Peggy Kuo,
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Martinez, et al. v. Atlantis Super Wash Center, Inc., et al.*; 23-cv-04667-CBA-PK

Dear Hon. Judge Kuo,

I represent Plaintiffs in this FLSA action. I write pursuant to Your Honor's Individual Rules to request a brief adjournment of the conference scheduled for October 17, 2025, as I will be unavailable due to a preplanned family vacation. I have conferred with opposing counsel and he has consented to this request. Plaintiffs respectfully propose that the conference be rescheduled to October 21, 2025 at 11:00 a.m. or later. In the event that date is unavailable to the Court, the Parties can confer and provide additional proposed dates.

We thank the Court for its time and consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Keith E. Williams, Esq.

cc: all counsel of record, via ECF.

PHONE: 516.228.5100　　　FAX: 516.228.5106　　　INFO@NHGLAW.COM
WWW.NHGLAW.COM　　　WWW.NEWYORKOVERTIMELAW.COM