# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

October 17, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Judge Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:      **Martinez, *et al.* v. Atlantis Super Wash Center, Inc., *et al.***
                  **Case No.: 1:23-cv-04667 (CBA) (PK)**

Dear Judge Kuo:

    This firm represents the Defendants in this case. Defendants timely write to respectfully request an adjournment of the scheduling conference slated to take place on Tuesday, October 21, 2025 at 10:30 AM

    Pursuant to § III(C) of this Court's Individual Practice Rules, Defendants respectfully submit that: (i) the original date of the conference is set forth above and there was one previous request to adjourn this conference by the Plaintiffs; (ii) the reason for the request is because your undersigned has another appearance scheduled at this date and time, namely, a Second Circuit CAMP conference; (iii) Defendants sought Plaintiff's consent via email on October 16, 2025 but only received an automatic response their counsel is away and will be unavailable until Monday, October 20, 2025; and (iv) Defendants do not believe that the requested adjournment will affect any other scheduled dates.

    Defendants respectfully submit that, based on the foregoing, there exists good cause for an adjournment.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).  Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated:    Jamaica, New York
            October 17, 2025

                                                        Respectfully submitted,
                                                        **SAGE LEGAL LLC**
                                                        */s/ Emanuel Kataev, Esq.*
                                                        Emanuel Kataev, Esq.
                                                        18211 Jamaica Avenue
                                                        Jamaica, NY 11423-2327
                                                        (718) 412-2421 (office)
                                                        (917) 807-7819 (cellular)
                                                        (718) 489-4155 (facsimile)
                                                        emanuel@sagelegal.nyc

                                                        *Attorneys for Defendants*

**VIA ECF**
All counsel of record