# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

October 23, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re:*    **Martinez, *et al.* v. Atlantis Super Wash Center Inc., *et al.*
            Case No.: 1:23-cv-4667 (CBA) (PK)**

Dear Judge Kuo:

      Defendants Atlantis Super Wash Center Inc., Clean City Laundry Inc., and Nick Mira (collectively hereinafter the "Defendants") respectfully submit this letter motion to request that the in-person scheduling conference to proceed in person at 11:30 AM today be converted to a telephonic appearance or, alternatively, adjourned.

      Pursuant to ¶ III(C) of this Court's Individual Practice Rules ("Individual Rules"), Defendants respectfully submit that:

      (i) the original date of the scheduling conference is set forth above and there has been one previous request for an adjournment of this conference, which was granted;

      (ii) the reason for the request is because counsel for the Defendant has fallen ill and is not physically able to appear in Court due to a bad virus;[1]

      (iii) Defendants Plaintiffs' consent this morning at 4:40 AM but have not heard back; and

      (iv) Defendants do not believe that the requested adjournment will affect any other scheduled dates or deadlines such that a revised proposed discovery plan or scheduling Order is necessary.

      In light of the foregoing, Defendants respectfully submit that sufficient good cause and excusable neglext exists to warrant this Court's exercise of discretion in favor of granting an adjournment of the settlement conference. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Defendants thank this Court for its time and attention to this case.

---

[1] Your undersigned fell ill two nights ago and felt better yesterday afternoon after undertaking some home remedies. However, overnight, your undersigned's symptoms significantly worsened, thus necessitating the instant application.

Dated: Jamaica, New York
       October 23, 2025                      Respectfully submitted,

                                            **SAGE LEGAL LLC**

                                            */s/ Emanuel Kataev, Esq.*
                                            Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421 (office)
                                            (917) 807-7819 (cellular)
                                            (718) 489-4155 (facsimile)
                                            emanuel@sagelegal.nyc

                                            *Attorneys for Defendants*
                                            *Atlantis Super Wash Center Inc.,*
                                            *Clean City Laundry Inc.,*
                                            *and Nick Mira*

**VIA ECF**
The NHG Law Group, P.C.
<u>Attn</u>: Justin M. Reilly and Keith E. Williams, Esqs.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com
keith@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata,*
*and Mateo Guzman*