# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

October 23, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      Re:    *Martinez, et al.* v. Atlantis Super Wash Center Inc., *et al.*
            <u>Case No.: 1:23-cv-4667 (CBA) (PK)</u>

Dear Judge Kuo:

    Defendants Atlantis Super Wash Center Inc., Clean City Laundry Inc., and Nick Mira (collectively hereinafter the "Defendants") respectfully submit this letter in accordance with this Court's Order dated October 23, 2025 directing Defendants to confirm that they intend to continue appearing in this case through your undersigned as counsel.

    I have confirmed today with the Defendants that they intend to continue to appear in this case through your undersigned as counsel.

    Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
       October 23, 2025                        Respectfully submitted,

                                                  **SAGE LEGAL LLC**

                                                  */s/ Emanuel Kataev, Esq.*
                                                  Emanuel Kataev, Esq.
                                                  18211 Jamaica Avenue
                                                  Jamaica, NY 11423-2327
                                                  (718) 412-2421 (office)
                                                  (917) 807-7819 (cellular)
                                                  (718) 489-4155 (facsimile)
                                                  emanuel@sagelegal.nyc

                                                  *Attorneys for Defendants*
                                                  *Atlantis Super Wash Center Inc.,*
                                                  *Clean City Laundry Inc.,*
                                                  *and Nick Mira*

**VIA ECF**
The NHG Law Group, P.C.
<u>Attn</u>: Justin M. Reilly and Keith E. Williams, Esqs.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com
keith@nhglaw.com

*Attorneys for Plaintiffs*
*Ester Martinez,*
*Leria Perez Zapata,*
*and Mateo Guzman*