**NHG LAW GROUP, P.C.**
COUNSELORS AT LAW

---

4242 Merrick Road, Massapequa, New York 11758

| Attorneys | Paralegals |
|---|---|
| Justin M. Reilly, Esq. | Rosa Coscia |
| Keith E. Williams, Esq. | Catalina Roman |

Via: EDNY ECF                                                                November 5, 2025

Honorable Judge Peggy Kuo,
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Martinez, et al. v. Atlantis Super Wash Center, Inc., et al.*; 23-cv-04667-CBA-PK

Dear Hon. Judge Kuo,

I represent Plaintiffs in this FLSA action. I write jointly with defense counsel to provide this status letter informing the Court that the Parties have finalized the settlement in this matter. Defendants have already signed the written agreement and Plaintiffs will be meeting with the undersigned next week to execute same. We anticipate filing the motion for approval shortly thereafter and propose a deadline of November 26, 2025.

We thank the Court for its time and attention to this matter.

                                                              Respectfully submitted,

                                                              Keith E. Williams, Esq.

cc: all counsel of record, via ECF.