**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------X
ESTER MARTINEZ, LERIA PEREZ ZAPATA, and MATEO GUZMAN,

                Plaintiffs,

   -against-

ATLANTIS SUPER WASH CENTER INC., CLEAN CITY LAUNDRY INC., MICHAEL DINARDI, and NICK MIRA,

                Defendants.
----------------------------------------------------X

23-cv-04667 (CBA)(PK)

**NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO DEFENDANT MICHAEL DINARDI**

      **PLEASE TAKE NOTICE**, whereas Defendant MICHAEL DINARDI has not filed an Answer or a Motion for Summary Judgment, Plaintiffs, by and through their undersigned attorneys, hereby voluntarily dismiss the above-captioned Action without prejudice solely as this Action pertains to Defendant MICHAEL DINARDI, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without costs or fees to any party.

Dated: Massapequa, New York
       November 21, 2025

The NHG Law Group, P.C.

By: Keith E. Williams, Esq.
*Attorneys for the Plaintiffs*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

1