| | FOR SETTLEMENT PURPOSES ONLY |
|---|---|
| | ESTIMATED CALCULATION OF DAMAGES |
| | SUMMARY |

| NAME | OVERTIME OWED | MINIMUM WAGES OWED | SPREAD OF HOURS | LIQUIDATED DAMAGES | WAGE NOTICES | WAGE STATEMENTS | CPLR INTEREST | *ESTIMATED TOTAL |
|---|---|---|---|---|---|---|---|---|
| Ester Martinez | $ 7,344.08 | $ 5,997.49 | $ 1,110.00 | $ 14,451.58 | $ 5,000.00 | $ 5,000.00 | $ 2,765.20 | $ 41,668.35 |
| Leria Zapata | $ 12,788.71 | $ 26,197.66 | $ 6,264.00 | $ 45,250.38 | $ 5,000.00 | $ 5,000.00 | $ 24,775.51 | $ 125,276.26 |
| Mateo Guzman | $ 22,659.97 | $ 18,502.47 | $ 5,662.00 | $ 46,824.44 | $ 5,000.00 | $ 5,000.00 | $ 20,505.26 | $ 124,154.14 |
| *ESTIMATED TOTAL | $ 42,792.75 | $ 50,697.62 | $ 13,036.00 | $ 106,526.40 | $ 15,000.00 | $ 15,000.00 | $ 48,045.97 | $ 291,098.74 |