Cases >

# Martinez et al v. Atlantis Super Wash Center Inc. et al
1:23-cv-04667-CBA-PK

Case details generated 11/18/2025

Date Range: All time

Bulk Actions | Add time entry

| | | | | |
|---|---|---|---|---|
| **Total** | Billable | Non-billable | Invoiced | Un-Invoiced |
| $40,206.50 | $40,206.50 | $0.00 | $0.00 | $40,206.50 |
| 132.30 hour(s) | 132.30 hour(s) | 0.00 hour(s) | 0.00 hour(s) | 132.30 hour(s) |

Text Size − +

| Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|
| Nov 18, 2025 | Motion | 2.00 | Drafted motion for settlement approval | $325.00/hr | $650.00 | Open | Keith E. Williams |
| Nov 14, 2025 | Client Meeting | 1.00 | Provided Spanish-English translation for KEW and client | $110.00/hr | $110.00 | Open | Catalina Roman |
| Nov 14, 2025 | Client Meeting | 1.00 | Met with clients to review settlement agreement | $325.00/hr | $325.00 | Open | Keith E. Williams |
| Nov 5, 2025 | Status Letter | 0.20 | Drafted and filed status letter | $325.00/hr | $65.00 | Open | Keith E. Williams |
| Nov 5, 2025 | Meeting | 3.20 | Met with defense counsel to confer about settlement agreement terms and payout. Finalized settlement. | $325.00/hr | $1,040.00 | Open | Keith E. Williams |
| Nov 4, 2025 | Deposition Preparation | 6.00 | Prepared for Defs' deposition (reviewed all documents, notes, and pleadings, drafted question outline) | $325.00/hr | $1,950.00 | Open | Keith E. Williams |
| Oct 23, 2025 | Discovery | 0.30 | Prepared subpoena and filed on ECF | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Oct 23, 2025 | Court Appearance | 3.50 | Attended status conference (3 hours travel) | $325.00/hr | $1,137.50 | Open | Keith E. Williams |
| Jul 17, 2025 | Settlement Agreement | 2.30 | Drafted first draft of settlement agreement | $325.00/hr | $747.50 | Open | Keith E. Williams |
| Jul 14, 2025 | Client Meeting | 0.80 | Provided Spanish-English translation for KEW and client | $110.00/hr | $88.00 | Open | Catalina Roman |
| Jul 14, 2025 | Client Meeting | 0.80 | Client meeting to discuss Defs' final offer | $325.00/hr | $260.00 | Open | Keith E. Williams |
| Apr 16, 2025 | Client Meeting | 0.50 | Provided Spanish-English translation for KEW and client | $110.00/hr | $55.00 | Open | Catalina Roman |
| Apr 16, 2025 | Client Meeting | 0.50 | Meeting with client to discuss further settlement offer | $325.00/hr | $162.50 | Open | Keith E. Williams |
| Mar 26, 2025 | Request for Extension | 0.30 | Drafted and filed request for extension of discovery | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Mar 17, 2025 | Client Meeting | 0.80 | Provided Spanish-English translation for KEW and client | $110.00/hr | $88.00 | Open | Catalina Roman |
| Mar 17, 2025 | Client Meeting | 0.80 | Meeting with clients to discuss settlement offer | $325.00/hr | $260.00 | Open | Keith E. Williams |
| Feb 22, 2025 | Discovery | 0.50 | Reviewed Defs' discovery responses; identified several deficiencies | $325.00/hr | $162.50 | Open | Keith E. Williams |
| Feb 18, 2025 | Court Appearance | 0.30 | Attended teleconference re: motion to compel | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Feb 4, 2025 | Motion | 3.50 | Conducted research on motion to compel; drafted letter motion | $325.00/hr | $1,137.50 | Open | Keith E. Williams |
| Oct 4, 2024 | Discovery | 3.80 | Drafted Pls' document requests, interrogatories, and admission requests | $325.00/hr | $1,235.00 | Open | Keith E. Williams |

| Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|
| Sep 10, 2024 | ● Discovery | 1.00 | Drafted Pls' Rule 26 Disclosures | $325.00/hr | $325.00 | Open | Keith E. Williams |
| Sep 9, 2024 | ● Client Meeting | 0.80 | Provided Spanish-English translation for KEW and client | $110.00/hr | $88.00 | Open | Catalina Roman |
| Sep 9, 2024 | ● Client Meeting | 0.80 | Meeting with clients to obtain Rule 26 information | $325.00/hr | $260.00 | Open | Keith E. Williams |
| Aug 27, 2024 | ● Discovery Plan | 0.30 | Prepared and filed discovery plan | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Aug 13, 2024 | ● Court Appearance | 6.00 | Provided Spanish-English translation for KEW and client | $110.00/hr | $660.00 | Open | Catalina Roman |
| Aug 13, 2024 | ● Court Appearance | 6.00 | Attended settlement conference (including 3 hours travel and debriefing clients) | $325.00/hr | $1,950.00 | Open | Keith E. Williams |
| Aug 12, 2024 | ● Court Appearance | 0.30 | Ex Parte settlement teleconference with the Court | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Aug 5, 2024 | ● Settlement Statement | 1.00 | Conformed settlement statement for use at settlement conference; updated damage charts | $325.00/hr | $325.00 | Open | Keith E. Williams |
| Aug 2, 2024 | ● Client Meeting | 1.20 | Provided Spanish-English translation for KEW and client | $110.00/hr | $132.00 | Open | Catalina Roman |
| Aug 2, 2024 | ● Client Meeting | 1.20 | Meeting with clients to discuss settlement conference and settlement position | $325.00/hr | $390.00 | Open | Keith E. Williams |
| Jul 29, 2024 | ● Pleadings | 1.00 | Reviewed Defs' Answer and marked up the complaint | $325.00/hr | $325.00 | Open | Keith E. Williams |
| Jul 11, 2024 | ● Letter | 0.80 | Drafted letter response to Defs' request for extensions | $325.00/hr | $260.00 | Open | Keith E. Williams |
| Jun 21, 2024 | ● Damage Chart | 2.80 | Reviewed Defs' document production and drafted updated damage charts | $325.00/hr | $910.00 | Open | Keith E. Williams |
| May 31, 2024 | ● Court Appearance | 3.50 | Attended Oral Argument on Defs' Motion to Dismiss (3 hours of travel) | $325.00/hr | $1,137.50 | Open | Keith E. Williams |
| May 30, 2024 | ● Motion | 3.30 | Reviewed motion papers, opposition, case law, and notes in preparation for oral argument | $325.00/hr | $1,072.50 | Open | Keith E. Williams |
| Feb 12, 2024 | ● Motion | 3.50 | Made edits to opposition brief | $325.00/hr | $1,137.50 | Open | Keith E. Williams |
| Feb 9, 2024 | ● Motion | 7.30 | Conducted further research and completed opposition brief | $325.00/hr | $2,372.50 | Open | Keith E. Williams |
| Feb 8, 2024 | ● Motion | 5.50 | Continued drafting opposition | $325.00/hr | $1,787.50 | Open | Keith E. Williams |
| Feb 7, 2024 | ● Motion | 9.50 | Began drafting opposition to Defs' motion to dismiss | $325.00/hr | $3,087.50 | Open | Keith E. Williams |
| Feb 6, 2024 | ● Motion | 6.70 | Drafted opposition outline laying out arguments and supporting law | $325.00/hr | $2,177.50 | Open | Keith E. Williams |
| Feb 5, 2024 | ● Research | 6.50 | Conducted research for opposition to Defs' motion to dismiss | $325.00/hr | $2,112.50 | Open | Keith E. Williams |
| Dec 13, 2023 | ● Court Appearance | 3.50 | Attended Pre-Motion Conference (3 hours of travel) | $400.00/hr | $1,400.00 | Open | Justin Reilly |
| Nov 29, 2023 | ● Settlement Statement | 4.50 | Drafted Pls' settlement statement for use at mediation | $325.00/hr | $1,462.50 | Open | Keith E. Williams |
| Nov 28, 2023 | ● Client Meeting | 1.50 | Provided Spanish-English translation for KEW and client | $110.00/hr | $165.00 | Open | Catalina Roman |
| Nov 28, 2023 | ● Client Meeting | 1.50 | Meeting with clients to discuss mediation, damage charts and settlement position | $325.00/hr | $487.50 | Open | Keith E. Williams |
| Nov 27, 2023 | ● Damage Chart | 3.80 | Prepared damage charts for each Plaintiff | $325.00/hr | $1,235.00 | Open | Keith E. Williams |
| Nov 3, 2023 | ● Pre-Motion Conference Letter | 1.50 | Drafted and filed Pls' Response to Defs' PMCL | $325.00/hr | $487.50 | Open | Keith E. Williams |

| Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|
| Nov 1, 2023 | ● Pre-Motion Conference Letter | 0.30 | Reviewed Defs' 2nd PMCL to dismiss the complaint | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Oct 18, 2023 | ● Letter | 0.20 | Drafted and filed Mediator Selection Letter | $325.00/hr | $65.00 | Open | Keith E. Williams |
| Oct 16, 2023 | ● Pleadings | 0.50 | Drafted and filed Amended Complaint | $325.00/hr | $162.50 | Open | Keith E. Williams |
| Oct 10, 2023 | ● Pre-Motion Conference Letter | 0.30 | Responded to Defs' Pre-Motion Conference Letter | $325.00/hr | $97.50 | Open | Keith E. Williams |
| Oct 9, 2023 | ● Research | 3.50 | Reviewed Defs' Pre-Motion Conference Letter and conducted research on issues identified | $325.00/hr | $1,137.50 | Open | Keith E. Williams |
| Jun 22, 2023 | ● Intake | 1.30 | Provided Spanish-English translation for JR and client | $110.00/hr | $143.00 | Open | Catalina Roman |
| Jun 22, 2023 | ● Pleadings | 2.50 | Drafted Complaint | $400.00/hr | $1,000.00 | Open | Justin Reilly |
| Jun 22, 2023 | ● Intake | 1.30 | Met with new client Leria to discuss claims | $400.00/hr | $520.00 | Open | Justin Reilly |
| Jun 20, 2023 | ● Intake | 2.50 | Provided Spanish-English translation for JR and client | $110.00/hr | $275.00 | Open | Catalina Roman |
| Jun 20, 2023 | ● Intake | 2.50 | Met with new clients Ester and Mateo to discuss claims | $400.00/hr | $1,000.00 | Open | Justin Reilly |