# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725     Phone 631-760-7900 -- FAX
info@promptprocess.com

**Due By: 08/09/2023**
Invoice Date: 7/10/2023
Invoice #: 1706151
Job#: 1706151
Client File#:

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**TOTAL INVOICE AMOUNT DUE**

$109.50

---

**Job #:** 1706151    **Your #:**
**Plaintiff:** ESTER MARTINEZ, LERIA PEREZ ZAPATA, MATEO
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Civil Number** 1:23-cv-04667-CBA-PK
**Documents:** Summons in a Civil Action and Complaint with Civil Cover

**Recipient:** ATLANTIS SUPER WASH
**Person Served:** SUE ZOUKY

**Date Received:** 6/23/2023
**Completed:** 6/29/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing Fee SOS 2 Copies | 38 | $0.25 | $9.50 |

**Job Total Due =**    $109.50

---

**TOTAL INVOICE CHARGES:**     $109.50
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**     $109.50

**Terms:** THANK YOU FOR YOUR BUSINESS !

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725   Phone 631-760-7900 -- FAX
info@promptprocess.com

**Due By: 08/09/2023**
Invoice Date: 7/10/2023
Invoice #: 1706153
Job#: 1706153
Client File#:

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**TOTAL INVOICE AMOUNT DUE**

$109.50

---

Job #: 1706153   Your #:
Plaintiff: ESTER MARTINEZ, LERIA PEREZ ZAPATA, MATEO
Defendant: ATLANTIS SUPER WASH CENTER INC., et al.,
Civil Number 1:23-cv-04667-CBA-PK
Documents: Summons in a Civil Action and Complaint with Civil Cover

Recipient: CLEAN CITY LAUNDRY INC.
Person Served: SUE ZOUKY
Date Received: 6/23/2023
Completed: 6/29/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee, 2 Copies | 38 | $0.25 | $9.50 |
| | | Job Total Due = | $109.50 |

TOTAL INVOICE CHARGES:   $109.50
TOTAL INVOICE PAYMENTS:
TOTAL INVOICE AMOUNT DUE:   $109.50

Terms: THANK YOU FOR YOUR BUSINESS !

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725

Phone 631-760-7900 -- FAX
info@promptprocess.com

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**Due By: 12/21/2023**
Invoice Date: 11/21/2023
Invoice #: 1707111
Job#: 1707111
Client File#:

**TOTAL INVOICE AMOUNT DUE**

**$105.20**

---

**Job #:** 1707111   **Your #:**
**Plaintiff:** MATEO GUZMAN
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 531725/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** ATLANTIS SUPER WASH
**Person Served:** SUE ZOUKY

**Date Received:** 10/31/2023
**Completed:** 11/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee 2 copies | 26 | $0.20 | $5.20 |
| | | Job Total Due = | $105.20 |

**TOTAL INVOICE CHARGES:**                                             $105.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**                                          $105.20

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725

Phone 631-760-7900 -- FAX
info@promptprocess.com

**Attn:**
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**Due By: 12/21/2023**
Invoice Date: 11/21/2023
Invoice #: 1707112
Job#: 1707112
Client File#:

**TOTAL INVOICE AMOUNT DUE**

$105.20

---

**Job #:** 1707112      **Your #:**
**Plaintiff:** MATEO GUZMAN
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 531725/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:**
CLEAN CITY LAUNDRY INC.
**Person Served:**
SUE ZOUKY

**Date Received:**
10/31/2023
**Completed:**
11/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee 2 copies | 26 | $0.20 | $5.20 |

Job Total Due =  $105.20

---

**TOTAL INVOICE CHARGES:**  $105.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**  $105.20

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725

Phone 631-760-7900 -- FAX
info@promptprocess.com

**Due By: 12/04/2023**
Invoice Date: 11/4/2023
Invoice #: 1707113
Job#: 1707113
Client File#:

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**TOTAL INVOICE AMOUNT DUE**

$55.00

---

**Job #:** 1707113        **Your #:**
**Plaintiff:** MATEO GUZMAN
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 531725/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** NICK MIRA
**Person Served:** EMMA CHAVEZ
873 BEDFORD AVENUE, BROOKLYN, NY 11205

**Date Received:** 10/31/2023
**Completed:** 11/3/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Summons and Complaint | 1 | $55.00 | $55.00 |
| | | Job Total Due = | $55.00 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | $55.00 |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | $55.00 |

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725　　　　　Phone 631-760-7900  --  FAX
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　info@promptprocess.com

**Due By:** 12/21/2023
**Invoice Date:** 11/21/2023
**Invoice #:** 1707114

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**Job#:** 1707114
**Client File#:**

**TOTAL INVOICE AMOUNT DUE**

$105.20

---

**Job #:** 1707114　　**Your #:**
**Plaintiff:** ESTER MARTINEZ,
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 531724/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** ATLANTIS SUPER WASH
**Person Served:** SUE ZOUKY

**Date Received:** 10/31/2023
**Completed:** 11/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee 2 copies | 26 | $0.20 | $5.20 |
| | | Job Total Due = | $105.20 |

---

**TOTAL INVOICE CHARGES:**　　　　　　　　　　　　　　　　　　　　　　$105.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**　　　　　　　　　　　　　　　　　　　　$105.20

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725     Phone 631-760-7900 -- FAX
    info@promptprocess.com

Attn:

THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

Due By: 12/21/2023
Invoice Date: 11/21/2023
Invoice #: 1707115
Job#: 1707115
Client File#:

**TOTAL INVOICE AMOUNT DUE**

$105.20

---

**Job #:** 1707115    **Your #:**
**Plaintiff:** ESTER MARTINEZ,
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 531724/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** CLEAN CITY LAUNDRY INC.
**Person Served:** SUE ZOUKY

**Date Received:** 10/31/2023
**Completed:** 11/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee 2 copies | 26 | $0.20 | $5.20 |

Job Total Due = $105.20

---

**TOTAL INVOICE CHARGES:**     $105.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**     $105.20

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725

Phone 631-760-7900 -- FAX
info@promptprocess.com

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**Due By: 12/04/2023**
Invoice Date: 11/4/2023
Invoice #: 1707116
Job#: 1707116
Client File#:

**TOTAL INVOICE AMOUNT DUE**

$55.00

---

Job #: 1707116   Your #:
Plaintiff: ESTER MARTINEZ,
Defendant: ATLANTIS SUPER WASH CENTER INC., et al.,
Index Number 531724/2023
Documents: Summons and Complaint with Notice of Electronic Filing

Recipient: NICK MIRA
Person Served: EMMA CHAVEZ
873 BEDFORD AVENUE, BROOKLYN, NY 11205

Date Received: 10/31/2023
Completed: 11/3/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Summons and Complaint | 1 | $55.00 | $55.00 |
| | | Job Total Due = | $55.00 |

**TOTAL INVOICE CHARGES:** $55.00
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $55.00

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725

Phone 631-760-7900 -- FAX
info@promptprocess.com

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**Due By: 12/21/2023**
Invoice Date: 11/21/2023
Invoice #: 1707108
Job#: 1707108
Client File#:

**TOTAL INVOICE AMOUNT DUE**

$105.20

---

**Job #:** 1707108   **Your #:**
**Plaintiff:** LERIA PEREZ ZAPATA,
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 723009/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** ATLANTIS SUPER WASH
**Person Served:** SUE ZOUKY

**Date Received:** 10/31/2023
**Completed:** 11/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee 2 copies | 26 | $0.20 | $5.20 |

Job Total Due =   $105.20

---

**TOTAL INVOICE CHARGES:** $105.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $105.20

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725

Phone 631-760-7900 -- FAX
info@promptprocess.com

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

Due By: **12/21/2023**
Invoice Date: 11/21/2023
Invoice #: 1707109
Job#: 1707109
Client File#:

**TOTAL INVOICE AMOUNT DUE**

**$105.20**

---

**Job #:** 1707109     **Your #:**
**Plaintiff:** LERIA PEREZ ZAPATA,
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 723009/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** CLEAN CITY LAUNDRY INC.
**Person Served:** SUE ZOUKY

**Date Received:** 10/31/2023
**Completed:** 11/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SOS | 1 | $60.00 | $60.00 |
| State Fee | 1 | $40.00 | $40.00 |
| Printing SOS fee 2 copies | 26 | $0.20 | $5.20 |

Job Total Due =   $105.20

---

**TOTAL INVOICE CHARGES:**                $105.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**            $105.20

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# PROMPT PROCESS LI INC.

150 Veterans Memorial Hwy #1076, Commack, NY 11725　　　　　　　Phone 631-760-7900 -- FAX
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　info@promptprocess.com

**Due By: 12/04/2023**
Invoice Date: 11/4/2023
Invoice #: 1707110
Job#: 1707110
Client File#:

Attn:
THE NHG LAW GROUP, P.C.
4242 MERRICK ROAD
MASSAPEQUA, NY 11758

**TOTAL INVOICE AMOUNT DUE**

$55.00

---

**Job #:** 1707110　　**Your #:**
**Plaintiff:** LERIA PEREZ ZAPATA,
**Defendant:** ATLANTIS SUPER WASH CENTER INC., et al.,
**Index Number** 723009/2023
**Documents:** Summons and Complaint with Notice of Electronic Filing

**Recipient:** NICK MIRA
**Person Served:** EMMA CHAVEZ
873 BEDFORD AVENUE, BROOKLYN, NY 11205

**Date Received:** 10/31/2023
**Completed:** 11/3/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Summons and Complaint | 1 | $55.00 | $55.00 |
| | | Job Total Due = | $55.00 |

**TOTAL INVOICE CHARGES:** $55.00
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $55.00

**Terms:** We accept Checks, PayPal or Venmo
Venmo: @Promptprocess
Paypal: @Promptprocess

# NYSCEF Payment Receipt

## Kings County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**Index Number NOT assigned**

**Mateo Guzman v. Atlantis Super Wash Center Inc. et al**

### Documents Received on   10/31/2023 11:08 AM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | | $0.00 |
| | | | Index Fee | + $210.00 |
| | | | Credit Card Service Fee:* | + $6.28 |
| | | | **Total Fee** | **$216.28** |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0005040936 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | **10/31/2023** |
| Filing Fee: | **$210.00 (Authorization Code: 249496)** |
| Credit Card Service Fee:* | **$6.28 (Authorization Code: 264666)** |

### Filing User

Keith Erik Williams | keith@nhglaw.com
4242 Merrick Rd, Massapequa, NY 11758

---

**\* Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

---

Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov
Phone: Phone: 347-404-9762    Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center -  nyscef@nycourts.gov**
**Phone:** (646) 386-3033    **Fax:** (212) 401-9146    **Website:** www.nycourts.gov/efile

# NYSCEF Payment Receipt

## Kings County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**Index Number NOT assigned**

**Ester Martinez v. Atlantis Super Wash Center Inc. et al**

### Documents Received on  10/31/2023 11:03 AM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | | $0.00 |
| | | | Index Fee | + $210.00 |
| | | | Credit Card Service Fee:* | + $6.28 |
| | | | **Total Fee** | **$216.28** |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0005040902 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | 10/31/2023 |
| Filing Fee: | **$210.00 (Authorization Code: 241477)** |
| Credit Card Service Fee:* | **$6.28 (Authorization Code: 224751)** |

### Filing User

Keith Erik Williams | keith@nhglaw.com
4242 Merrick Rd, Massapequa, NY 11758

---

**\* Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

---

Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov
Phone: Phone: 347-404-9762    Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center -** nyscef@nycourts.gov
**Phone:** (646) 386-3033    **Fax:** (212) 401-9146    **Website:** www.nycourts.gov/efile

Page 1 of  1

# NYSCEF Payment Receipt

## Kings County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**531724/2023**

**Ester Martinez v. Atlantis Super Wash Center Inc. et al**

### Documents Received on   01/25/2024 02:02 PM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 11 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | | | $95.00 |
| | | | Credit Card Service Fee:* | + $2.84 |
| | | | **Total Fee** | **$97.84** |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0005330023 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | 01/25/2024 |
| Filing Fee: | **$95.00 (Authorization Code: 202814)** |
| Credit Card Service Fee:* | **$2.84 (Authorization Code: 220622)** |

### Filing User

Keith Erik Williams | keith@nhglaw.com
4242 Merrick Rd, Massapequa, NY 11758

---

**\* Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

---

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court** - kcco-efile@nycourts.gov
Phone: Phone: 347-404-9762    Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center -  nyscef@nycourts.gov**
**Phone:** (646) 386-3033    **Fax:** (212) 401-9146    **Website:** www.nycourts.gov/efile

# NYSCEF Payment Receipt

## Kings County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**531724/2023**

**Ester Martinez v. Atlantis Super Wash Center Inc. et al**

### Documents Received on 07/11/2024 03:15 PM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 18 | NOTICE OF MOTION | | | $45.00 |
| | | | Credit Card Service Fee:* | + $1.35 |
| | | | **Total Fee** | **$46.35** |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0005925355 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | **07/11/2024** |
| Filing Fee: | **$45.00 (Authorization Code: 201188)** |
| Credit Card Service Fee:* | **$1.35 (Authorization Code: 284186)** |

### Filing User

KEITH ERIK WILLIAMS | keith@nhglaw.com
4242 Merrick Rd, Massapequa, NY 11758

---

**\* Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

---

Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov
Phone: Phone: 347-404-9762   Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center -  nyscef@nycourts.gov**
**Phone:** (646) 386-3033   **Fax:** (212) 401-9146   **Website:** www.nycourts.gov/efile




# NYSCEF Payment Receipt

## Queens County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**Index Number NOT assigned**

**Leria Perez Zapata v. Atlantis Super Wash Center Inc. et al**

### Documents Received on   10/31/2023 11:22 AM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | | $0.00 |
| | | | Index Fee | + $210.00 |
| | | | Credit Card Service Fee:* | + $6.28 |
| | | | **Total Fee** | **$216.28** |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0005041048 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | 10/31/2023 |
| Filing Fee: | **$210.00 (Authorization Code: 260843)** |
| Credit Card Service Fee:* | **$6.28 (Authorization Code: 268445)** |

### Filing User

Keith Erik Williams | keith@nhglaw.com
4242 Merrick Rd, Massapequa, NY 11758

---

**\* Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

---

**Audrey I. Pheffer, Queens County Clerk and Clerk of the Supreme Court**
Phone: 718-298-0173, 718-298-0601    Website: https://www.nycourts.gov/COURTS/11jd/queensclerk

**NYSCEF Resource Center -  nyscef@nycourts.gov**
**Phone:** (646) 386-3033    **Fax:** (212) 401-9146    **Website:** www.nycourts.gov/efile

 

# NYSCEF Payment Receipt

## Queens County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**723009/2023**

**Leria Perez Zapata v. Atlantis Super Wash Center Inc. et al**

### Documents Received on  07/18/2024 03:57 PM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 11 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | | | $95.00 |
| | | | Credit Card Service Fee:* | + $2.84 |
| | | | Total Fee | $97.84 |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0005951569 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | 07/18/2024 |
| Filing Fee: | **$95.00 (Authorization Code: 213574)** |
| Credit Card Service Fee:* | **$2.84 (Authorization Code: 202504)** |

### Filing User

KEITH ERIK WILLIAMS | keith@nhglaw.com
4242 Merrick Rd, Massapequa, NY 11758

***Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

---

**Audrey I. Pheffer, Queens County Clerk and Clerk of the Supreme Court**
Phone: 718-298-0173, 718-298-0601     Website: https://www.nycourts.gov/COURTS/11jd/queensclerk

**NYSCEF Resource Center -  nyscef@nycourts.gov**
**Phone:** (646) 386-3033     **Fax:** (212) 401-9146     **Website:** www.nycourts.gov/efile